IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,
                                Plaintiff,                          JUDGMENT
    v.
                                                                          13-po-01-slc
WILLIAM MERCER,
                                Defendant.
_____

       Following a bench trial on December 18 2013, the court I found defendant William Mercer guilty on Violations #3956956 and #3956957 for reasons stated at the conclusion of the trial. Mr. Mercer, by counsel, asked to be heard on his request for reconsideration (*see* Attorney Frederick's January 3, 2014 letter, dkt. 17). At Attorney Frederick's request, the court excused him from further representation of Mr. Mercer, then held a hearing on March 28, 2014. Mr. Mercer attended and explained his position to the court, including his ongoing dissatisfaction with the way he is treated by the VA bureaucracy, a topic that Mr. Mercer has broached with this court at every appearance since his first ticket in 2009. The government, by AUSA Kevin Burke, listened patiently, made a pro forma objection to holding the hearing, and reminded the court of the evidence that supported the court's findings on both tickets. I expressed my empathy for Mr. Mercer's concerns but upheld both tickets.

       Therefore, not later than **May 2, 2014**, Mr. Mercer must pay a fine of $250 plus a $25.

       If Mr. Mercer wishes to appeal my decision or the amount of the fine, then pursuant to F.R. Crim. Pro. 58(g)(2)(B), he has 14 days, until **April 14, 2014**, to file his notice of appeal with *this* court (and also sending a copy to the government) referencing this case number, 13-po-01.

       Entered this 31st day of March, 2013.

                                                                     BY THE COURT:

                                                                     /s/

                                                                     STEPHEN L. CROCKER
                                                                     Magistrate Judge